# EXHIBIT 1

# TO THE DECLARATION OF JOSEPH G. DARRAGH

EXHIBIT 1 - DECLARATION OF JOSEPH G. DARRAGH
S.D.N.Y. EMPO INVESTORS

| THE MAY 2012 PROMOTION | | | |
|---|---|---|---|
| ACCOUNT HOLDER NAME | CITY, STATE, ZIP | TOTAL QUANTITY OF SHARES PURCHASED | TRADE DATE |
| REDACTED | Scarsdale, NY 10583 | 4,000 | 5/2/2012 |
| REDACTED | Tuckahoe, NY 10707 | 1,000 | 5/3/2012 |
| REDACTED | Yonkers, NY 10705 | 800 | 5/7/2012 |
| REDACTED | New York, NY 10185 | 500 | 5/11/2012 |
| REDACTED | New York, NY 10028 | 100 | 5/3/2012 |

| THE OCTOBER 2012 PROMOTION | | | |
|---|---|---|---|
| ACCOUNT HOLDER NAME | CITY, STATE, ZIP | TOTAL QUANTITY OF SHARES PURCHASED | TRADE DATE |
| REDACTED | New York, NY 10019 | 106,380 | 10/9/2012 |
| REDACTED | New York, NY 10023 | 6,000 | 11/7/2012 |
| REDACTED | New York, NY 10024 | 6,000 | 11/14/2012 |
| REDACTED | Wingdale, NY 12594 | 5,000 | 10/24/2012 |
| REDACTED | White Plains, NY 10607 | 2,100 | 10/15/2012 |
| REDACTED | Tuckahoe, NY 10707 | 2,000 | 10/8/2012 |
| REDACTED | White Plains, NY 10605 | 1,000 | 10/25/2012 |
| REDACTED | New York, NY 10185 | 1,000 | 10/22/2012 |
| REDACTED | Chestnut Ridge, NY 10977 | 500 | 10/11/2012 |
| REDACTED | New York, NY 10023 | 300 | 10/11/2012 |
| REDACTED | Bronx, NY 10463 | 200 | 10/24/2012 |