# EXHIBIT 2

# TO THE DECLARATION OF JOSEPH G. DARRAGH

| EXHIBIT 2 - DECLARATION OF JOSEPH G. DARRAGH ||||
| STOCK PROMOTERS ||||
| STOCK PROMOTION ENTITY NAME | CURRENT LOCATION | PAID BY | EMPO PROMOTION THAT STOCK PROMOTION ENTITY WAS INVOLVED WITH |
| --- | --- | --- | --- |
| ADVFN | London, UK | Crown Pacifica Media Services, Inc. | October 2012 Promotion |
| ALG Financial LLC | Orlando, FL | Crown Pacifica Media Services, Inc. | October 2012 Promotion |
| Apollo Asset & Finance, Inc. | Chicago, IL | Crown Pacifica Media Services, Inc. | October 2012 Promotion |
| Basemine LLC | Skokie, IL | Crown Pacifica Media Services, Inc. | October 2012 Promotion |
| Champlain Media LLC | Richmond, VT | Crown Pacifica Media Services, Inc. | October 2012 Promotion |
| Chuong Nguyen | Fountain Valley, CA | Crown Pacifica Media Services, Inc. | October 2012 Promotion |
| Cream Consulting Group | Duncaville, TX | Crown Pacifica Media Services, Inc. | October 2012 Promotion |
| Dualstar Media Inc | Fountain Valley, CA | Crown Pacifica Media Services, Inc. | October 2012 Promotion |
| Eastman Communications Inc./Stealth Stocks | Brooklyn, NY | Investing Media Solutions, Inc. | October 2012 Promotion |
| Fresh Brewed Media | Charlottesville, VA | Investing Media Solutions, Inc. | October 2012 Promotion |
| Inside Wall Street Report LLC | Miami, FL | Red Rock Marketing Group LLC | May 2012 Promotion |
| International Venture Capital | New York, NY | Crown Pacifica Media Services, Inc. | October 2012 Promotion |
| Investing Media Solutions, Inc. | Chicago, IL and New York, NY | Crown Pacifica Media Services, Inc. | October 2012 Promotion |

| EXHIBIT 2 - DECLARATION OF JOSEPH G. DARRAGH ||||
| STOCK PROMOTERS ||||
| STOCK PROMOTION ENTITY NAME | CURRENT LOCATION | PAID BY | EMPO PROMOTION THAT STOCK PROMOTION ENTITY WAS INVOLVED WITH |
| --- | --- | --- | --- |
| Investors Alley Corp | New York, NY | Red Rock Marketing Group LLC May 2012 Promotion and Investing Media Solutions, Inc. October 2012 Promotion | May 2012 Promotion and October 2012 Promotion |
| Jutia Group LLC | Forest Hill, MD | Investing Media Solutions, Inc. | October 2012 Promotion |
| Lionsgate Ventures, Inc | St Cloud, FL | RDI LLC | October 2012 Promotion |
| One22 Media LLC | Unknown | Crown Pacifica Media Services, Inc. | October 2012 Promotion |
| OTC Picks LLC | Prosper, TX | Red Rock Marketing Group LLC May 2012 Promotion and Crown Pacifica Medica Services, Inc. October 2012 Promotion | May 2012 Promotion and October 2012 Promotion |
| Primary Investments LLC | Middletown, DE | Crown Pacifica Media Services, Inc. | October 2012 Promotion |
| Red Rock Marketing Group LLC | Las Vegas, NV | Mass Media Advertising Ltd | May 2012 Promotion |
| Research Driven Investor (RDI) LLC | Delray Beach, FL | Crown Pacifica Media Services, Inc. | October 2012 Promotion |
| SimplyBest Investments LLC/RC Consulting | New Rochelle, NY | Crown Pacifica Media Services, Inc. | October 2012 Promotion |
| Stock Appeal LLC | Webster, NY | Crown Pacifica Media Services, Inc. | October 2012 Promotion |
| StockRunway.com | Massapequa, NY | Crown Pacifica Media Services, Inc. | October 2012 Promotion |
| Street Authority LLC | Austin, TX | Red Rock Marketing Group LLC May 2012 Promotion and Investing Media Solutions, Inc. October 2012 Promotion | May 2012 Promotion and October 2012 Promotion |

| EXHIBIT 2 - DECLARATION OF JOSEPH G. DARRAGH | | | |
|---|---|---|---|
| STOCK PROMOTERS | | | |
| STOCK PROMOTION ENTITY NAME | CURRENT LOCATION | PAID BY | EMPO PROMOTION THAT STOCK PROMOTION ENTITY WAS INVOLVED WITH |
| Tigris Ventures LLC | Boca Raton, FL | Crown Pacifica Media Services, Inc. | October 2012 Promotion |
| Trinity Investment Research LLC | Delray Beach, FL | Crown Pacifica Media Services, Inc. | October 2012 Promotion |
| Wyatt Investment Research LLC | Richmond, VT | Crown Pacifica Media Services, Inc. | October 2012 Promotion |