

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10281-1022

WRITER'S DIRECT DIAL LINE
(212) 336-0121

May 15, 2019

<u>By ECF</u>

The Honorable Vernon S. Broderick
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

     Re:    <u>SEC v. Contrarian Press, LLC, et al., 16 Civ. 06964 (VSB) (S.D.N.Y.)</u>

Dear Judge Broderick:

     Plaintiff Securities and Exchange Commission ("SEC") respectfully requests that the Court set a deadline for Defendant Nathan Yeung ("Yeung") to answer the SEC's Amended Complaint (Dkt. No. 62) and set an initial case management conference pursuant to Federal Rule of Civil Procedure ("FRCP") 16 and Your Honor's Individual Rules & Practices in Civil Cases ("Individual Rules") 2(C).

     The SEC filed this action against Contrarian Press LLC ("Contrarian Press"), Scott Fraser ("Fraser") and Yeung (collectively "Defendants") on September 9, 2016 (Dkt. No. 1), and filed an amended complaint (the "Amended Complaint") (Dkt. No. 62) on January 22, 2018. On March 13, 2019, the Court denied Defendants' motions to dismiss the Amended Complaint (Dkt. No. 81). Contrarian Press and Fraser answered the Amended Complaint on March 27, 2019 (Dkt. No. 82) and filed an amended answer on April 17, 2019 (Dkt. No. 86). On April 3, 2019, Yeung's counsel, Dorsey & Whitney, LLP, filed a motion to withdraw as counsel (Dkt. No. 83). On April 4, 2019, the Court granted that motion, stayed the deadline for Yeung to submit his answer to the Amended Complaint, and ordered that Yeung file a letter providing a status update as to whether he has retained new counsel or plans to proceed pro se by May 4, 2019 (Dkt. No. 84). Yeung failed to comply with the Court's order.

     Accordingly, the SEC respectfully requests that the Court set a deadline for Yeung to answer the Amended Complaint. The SEC also respectfully requests that the Court set an initial case management conference pursuant to FRCP 16, after which the SEC will promptly contact Defendants to confer and develop a proposed Civil Case Management Plan and Scheduling Order pursuant to FRCP 26(f) and Individual Rule 2(C).

The Honorable Vernon S. Broderick
Page 2

                                                    Respectfully submitted,

                                                    */s/* Tejal D. Shah

                                                    Tejal D. Shah
                                                    Haimavathi V. Marlier
                                                    Securities and Exchange Commission
                                                    New York Regional Office
                                                    200 Vesey Street, Suite 400
                                                    New York, New York 10281
                                                    (212) 336-0121 (Shah)
                                                    shahte@sec.gov

                                                    *Attorneys for Plaintiff*

cc (via email and ECF):

*Counsel for Defendants Scott Fraser and Contrarian Press, LLC*
Michael Quinn, Esq.
mquinn@vedderprice.com
Joshua A. Dunn
jdunn@vedderprice.com

cc (via email and UPS):

Nathan Yeung
Yeung.Nathan@gmail.com
2649 W. 23rd Avenue
Vancouver, British Columbia V6L 1N7