UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CONTRARIAN PRESS, LLC, et al.,<br><br>　　　　Defendants. | 16-CV-6964 (VSB)<br><br>**NOTICE OF APPEARANCE** |

　　　PLEASE TAKE NOTICE, Marc D. Powers hereby enters an appearance as counsel for Defendant Nathan Yeung.  Mr. Powers hereby requests that copies of all pleadings, motions, and notices in the above-captioned case be sent to him at the address shown below.

Dated: May 15, 2019
　　　　New York, New York

**BAKER & HOSTETLER LLP**

/s/ Marc D. Powers
Marc D. Powers
45 Rockefeller Plaza, 14th Floor
New York, New York 10111
Tel: 212 589-4200
Fax: 212 589-4201
Email: mpowers@bakerlaw.com

*Attorney for Defendant Nathan Yeung*