

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
200 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10281-1022

**HAIMAVATHI V. MARLIER**
(212) 336-1055
MARLIERH@SEC.GOV

August 23, 2019

**VIA ECF**

The Honorable Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    ***SEC v. Contrarian Press, LLC, et al.*, 16-cv-06964 (VSB) (S.D.N.Y.)**

Dear Judge Broderick:

    Plaintiff Securities and Exchange Commission (the "SEC") writes to advise the Court that the SEC has reached a settlement, subject to court approval, with Defendant Nathan Yeung ("Defendant"). Enclosed is a proposed final judgment for Defendant, with the attached Defendant's executed consent. The proposed final judgment expressly incorporates the consent. The Commission respectfully requests that the Court approve and enter the proposed final judgment, which would, among other things:

    (1) permanently enjoin Defendant from violations of the federal securities laws charged in the SEC's Amended Complaint;

    (2) orders Defendant to pay disgorgement in the amount of $30,000 plus prejudgment interest thereon in the amount of $8,276.05;

    (3) orders Defendant to pay a civil penalty in the amount of $75,000; and

    (4) bars Defendants for a period of five years from participating in the offering of a penny stock.

The proposed final judgment would resolve all of the SEC's claims against Defendant in this case. Accordingly, the SEC respectfully requests that the Court approve and enter the enclosed proposed final judgment.

August 23, 2019
Page 2 of 2

                                        Respectfully submitted,

                                        */s/ Haimavathi V. Marlier*

                                        Haimavathi V. Marlier
                                        Senior Trial Counsel

cc:      Michael Quinn, Esq. (via email and ECF)
          Joshua A. Dunn, Esq.
          mquinn@vedderprice.com
          jdunn@vedderprice.com
          *Counsel for Defendants Scott Fraser and*
          *Contrarian Press, LLC*

          Marc Powers, Esq. (via email and ECF)
          Randolf Katz, Esq.
          mpowers@bakerlaw.com
          rkatz@bakerlaw.com
          *Counsel for Defendant Nathan Yeung*