

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
200 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10281-1022

**HAIMAVATHI V. MARLIER**
(212) 336-1055
MARLIERH@SEC.GOV

September 16, 2019

<u>Via ECF</u>

The Honorable Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   ***SEC v. Contrarian Press, LLC, et al.*, 16-cv-06964 (VSB) (S.D.N.Y.)**

Dear Judge Broderick:

Plaintiff Securities and Exchange Commission, through its undersigned counsel, respectfully requests that the Court issue the enclosed Request for Judicial International Assistance (Letter Rogatory) (the "Request") to the Supreme Court of British Columbia in Vancouver, Canada. The Request seeks documents from, and a deposition of, Almic Ramic, a resident of Abbotsford, in the Province of British Columbia, Canada, who has within his possession, custody, or control evidence that is highly relevant to the claims and defenses in this litigation. Counsel for Defendants Contrarian Press, LLC and Scott S. Fraser do not oppose this request.

Respectfully submitted,

*/s/ Haimavathi V. Marlier*

Haimavathi V. Marlier
Senior Trial Counsel

September 16, 2019
Page 2 of 2

cc:     Michael Quinn, Esq. (via email and ECF)
        Joshua A. Dunn, Esq.
        mquinn@vedderprice.com
        jdunn@vedderprice.com
        *Counsel for Defendants Scott Fraser and*
        *Contrarian Press, LLC*