UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | CASE NO. 1:16-CV-06964 (VSB) |
| Plaintiff, | ~~PROPOSED~~ **ORDER GRANTING WITHDRAWAL OF APPEARANCE OF MARC D. POWERS** |
| -against- | |
| CONTRARIAN PRESS, LLC, et al., | |
| Defendants. | |

-------------------------------------------------------X

In accordance with Local Civil Rule 1.4, and upon consideration of the annexed affidavit, Marc D. Powers, of Baker & Hostetler LLP, is hereby withdrawn as counsel for Defendant Nathan Yeung.

SO ORDERED:

_/s/ Vernon Broderick_
HON. VERNON S. BRODERICK  9/22/2019
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

    -against-

CONTRARIAN PRESS, LLC, et al.,

        Defendants.
-----------------------------------------------------------X

CASE NO. 1:16-CV-06964 (VSB)

**AFFIDAVIT OF MARC D. POWERS**

STATE OF NEW YORK    )
                            ss.:
COUNTY OF NEW YORK  )

MARC D. POWERS, being duly sworn deposes and states:

1. I am a member of the law firm of Baker & Hostetler LLP, attorney for Defendant Nathan Yeung in this case. I am admitted to practice in this court and respectfully submit this Affidavit in support of the Proposed Order Granting Withdrawal of Appearance of Marc D. Powers.

2. I am seeking to withdraw as counsel of record in this case as our assignment and representation has been concluded with this Court's execution of a Final Judgment of Permanent Injunction as to Defendant Yeung, upon consent, filed August 28, 2019.

3. My law firm is not asserting a retaining or charging lien in this action.

_____
MARC D. POWERS

Sworn to before me this
19th day of September, 2019

_____
NOTARY PUBLIC

CHRISTINA I. BELANGER
NOTARY PUBLIC
State of New York
No. 01BE4845827
Qualified in Suffolk County
Certificate Filed in New York County
Commission Expires September 30, 2021

4845-7375-2741.1