UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                        :

SECURITIES AND EXCHANGE     :
COMMISSION,                 :

               Plaintiff,    :            16-CV-6964 (VSB)
                        :

         -v-          :            **ORDER**
                        :

CONTRARIAN PRESS, LLC, et al.,   :
                        :

             Defendants.  :
                        :
--------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/22/2019__

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of the parties' letter motion, dated August 20, 2019, regarding the parties'

discovery dispute.  (Doc. 97.)  Prior to ruling on whether the withheld witness interview

memoranda are protected from disclosure by the attorney work product doctrine, I would like to

review the memoranda in camera.  Accordingly, it is hereby:

      ORDERED that Plaintiff shall submit copies of the memoranda to my chambers inbox at

BroderickNYSDChambers@nysd.uscourts.gov for in camera inspection of the memoranda.

SO ORDERED.

Dated:     November 22, 2019
           New York, New York

Vernon S. Broderick
United States District Judge