UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
:
SECURITIES AND EXCHANGE :
COMMISSION, :
:
                              Plaintiff, :      16-cv-6964 (VSB) (DF)
:
          -against- :      **ORDER**
:
CONTRARIAN PRESS, et al., :
:
                           Defendants. :
:
------------------------------------------------------- X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:
DATE FILED: 3/17/2021

<u>VERNON S. BRODERICK, United States District Judge</u>:

      I am in receipt of Magistrate Judge Debra Freeman's order granting the parties' request to have until March 31, 2021 to complete discovery. (Doc. 149.) Accordingly, it is hereby:

      ORDERED that the parties are directed to appear for a telephonic post-discovery conference on April 8, 2021 at 2 PM. The dial-in number is 888-363-4749 and the access code is 2682448.

      SO ORDERED.

Dated: March 17, 2021
       New York, New York

                                                  Vernon S. Broderick
                                                  United States District Judge