UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  4/9/2021
```

--------------------------------------------------------- X
                      :

SECURITIES AND EXCHANGE       :
COMMISSION,                     :
                      :
              Plaintiff,    :         16-cv-6964 (VSB) (DF)
                      :

        -against-        :           **ORDER**
                      :

CONTRARIAN PRESS, et al.,       :
                      :
            Defendants.   :
                      :
--------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

        In light of the representations made at the April 8, 2021 conference held in this case,

(Doc. 150), it is hereby:

        ORDERED that the parties are directed to submit a joint filing on or before April 13,

2021, detailing the parties' proposed summary judgment briefing schedule and any requests to

extend the deadline for pretrial submissions.

        SO ORDERED.

Dated: April 9, 2021
      New York, New York

Vernon S. Broderick
United States District Judge